# New York County Civil Court
## Landlord and Tenant Judgment

**Petitioner(s):**
Valentina Bajada

vs.

**Respondent(s):**
Katherine Klein AKA Kate Gladstone;
"John" "Doe";
"Jane" "Doe"

**Index Number:** LT-073763-19/NY

A Notice of Petition and Holdover Petition duly verified and proof of service having been filed with this court and the issue having been settled between the parties, a final order is made, Per Stipulation of Parties in favor of Petitioner: Valentina Bajada.

**On Motion of:** Wagner, Berkow and Brandt, LLP
462 7th Avenue, 6th Floor, New York, NY 10018

**IT IS ADJUDGED:**
That possession of the premises, described in the petition located at 129 Barrow Street, Apartment 2A, New York, NY 10014-, said property is further described as Second Bedroom, all common areas, be awarded to the petitioner(s).

Petitioner creditor(s) and address(es):
(1) Valentina Bajada

Respondent debtor(s) and address(es):
(1) Katherine Klein AKA Kate Gladstone, at 129 Barrow Street, Apartment 2A, New York, NY 10014

**IT IS FURTHER ORDERED:**
That a warrant of eviction shall issue removing Katherine Klein AKA Kate Gladstone from the described premises. The execution of the warrant is stayed per Stipulation/Order. The earliest date upon which execution may occur is 03/31/2020.

**AND FURTHER:**
disc as to John & Jane Doe

Date of Decision: 01/30/2020

Honorable Kimon C. Thermos
Housing Court Judge

Judgment entered at New York County Civil Court, 111 Centre Street, New York, NY 10013, in the STATE OF NEW YORK in the total amount of $0.00 on 01/30/2020 at 03:47 PM.

Judgment sequence 1

Alia Razzaq, Chief Clerk

Warrant issued to Marshal _____ on _____

Section 5020(c) of the Civil Practice Law and Rules requires that a satisfaction be filed with the clerk when the judgment is satisfied. Failure to do so subjects the judgment creditor to penalties.

# CIVIL COURT OF THE CITY OF NEW YORK

County of New York
Date 1/30/2020 Part H

Index No. L&T: 073763/2019
Page 1 of 2
Hon. Asforis

Valentina Bajada
Petitioner(s),

against

Katherine Klein a/k/a Kate Gladstone
"Jane Doe" and "John Doe"
Respondent(s)

## STIPULATION OF SETTLEMENT

The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Valentina Bajada | | ✓ | | |
| Respondent 1 Katherine Klein a/k/a Kate Gladstone | | ✓ | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

SO ORDERED
HON. KIMON C. THERMOS

This holdover proceeding is resolved as follows: Respondent appears and consents to the jurisdiction of the court.

Petitioner is awarded a judgment of possession and a warrant of eviction shall be issued forthwith, however, execution of the warrant shall be stayed through March 31, 2020, to allow Respondent to vacate the apartment on or before March 31, 2020. Respondent shall vacate and surrender by tendering keys to Petitioner (Petitioner to provide receipt) and by leaving the premises in a broom clean condition free and clear of all occupants and possessions. All possessions remaining shall be deemed abandoned and may be discarded by Petitioner without liability.

In consideration of the above terms Petitioner shall waive all rental arrears and use and occupancy [allegedly owed (July 2019 - Nov 2019: 10,010.65; Dec 2019 - January 2020: $4,000.05)] regarding the premises. In addition, Petitioner shall waive use and occupancy for February 2020 through March 31, 2020. However, upon default of vacating the premises on or before March 31, 2020, Petitioner shall have the right to seek all rental arrears and use and occupancy [allegedly owed (July 2019 - Nov 2019: 10,010; Dec 2019 - January 2020: $4,000)] pertaining to the premises, including February 2020 through March 31, 2020. Respondent disputes the amount owed.

Upon default of any of the above terms, the warrant of eviction shall be accelerated. In addition, in the event of a default of the above terms, warrant to execute upon service of a Marshal's Notice. Time is of the essence and no breach shall be deemed de minimus.

CIV-LT-30 page 1 (Revised 4/07)

COURT OF THE CITY OF NEW YORK
...ty of
...e          Part

Index No. L&T: 073763/2019
Page 2 of 2
Hon. Asfaris

Valentina Bajada
                    Petitioner(s),
       against
Katherine Klein a/k/a Kate Gladstone
                    Respondent(s)
"John Doe" and "Jane Doe"

**STIPULATION OF SETTLEMENT**

*The parties understand that each party has the right to a trial, the right to see a Judge at any time and the right not to enter into a stipulation of settlement. However, after review of all the issues, the parties agree that they do not want to go to trial and instead agree to the following stipulation in settlement of the issues in this matter.*

| Party (please print) | Added/Amended or Deleted | Appearance | No Appearance | No Answer |
|---|---|---|---|---|
| Petitioner Valentina Bajada | | ✓ | | |
| Respondent 1 Katherine Klein a/k/a Kate Gladstone | | ✓ | | |
| Respondent 2 | | | | |
| Respondent 3 | | | | |

- Respondent waives any and all claims for the return of any and all security deposit held by Petitioner.
- Also, Respondent represents that no other adult ~~expects to~~ occupys the premises.
- This matter is discontinued against "Jane Doe" and "John Doe."

_____          _____
Jason Mahabir, Esq.                 Katherine Klein a/k/a Kate Gladstone
Atty for Petitioner                 Respondent

CIV-LT-30 page 1 (Revised 4/07)