[Please Press Hard]

Part _____

Index Number __11591/20__

KATE GLADSTONE

      Petitioner,

against

HEIDI RUSSELL

      Respondent

**VERIFIED PETITION IN SUPPORT OF AN ORDER TO SHOW CAUSE**
To Restore to Possession
[RPAPL § 713, Subd. 10]

Address: __129 BARROW ST.__
(Address of Petitioner)
__NY, NY__    Apt. # __2A__

## PETITION

1. The Petitioner, __KATE GLADSTONE__, is the lawful occupant and the __ROOMMATE__ of the above indicated apartment, and has resided there since _____.

2. The Respondent(s) __HEIDI RUSSELL__,

 a) is/are the __ROOMMATE/LANDLORD__ of the subject premises and is/are currently in possession;

 b) gained occupancy forcibly, without the consent or authorization of the Petitioner, and continue(s) to forcibly and unlawfully withhold possession from the Petitioner *(obtained possession by force, without permission of the Petitioner, and continue(s) to keep Petitioner from possession by force and unlawfully);*

 c) has/have not been in quiet enjoyment of the subject premises for three years *(took possession less than three years ago).*

 d) Description of facts: __MY DAUGHTER, OUR DOG, AND I WENT AWAY FOR ABOUT 12 DAYS WHEN WE RETURNED AT 5:15pm on 7/28/20, WE FOUND OUR KEY NO LONGER WORKED APT DOOR LOCK WAS CHANGED. NOTE ON DOOR TO CALL TO RELET IN. STILL NO KEYS AND NO ACCESS DESPITE MANY CALLS + TEXTS__

3. Petitioner requests that an Order be entered placing the case on the calendar for trial on a day certain on the issue of whether or not a Judgment should be rendered:
 a) awarding and restoring the Petitioner to possession of the subject premises;
 b) providing for the issuance of a warrant of eviction forthwith, together with costs and disbursements; and
 c) awarding treble damages following RPAPL § 853.

4. Petitioner further requests permission be granted for the petitioner to serve these papers in person, and such other relief as this Court deems proper.

5. No prior application has been made for the relief sought herein.

__7/31/20__
Date

__Kate Gladstone__
Signature of Petitioner

## VERIFICATION

State of New York, County of __NEW YORK__ ss.:

__KATE GLADSTONE__, being duly sworn, deposes and says: s/he is the petitioner named above, that petitioner has read the petition and knows the truth of the contents thereof except for those matters alleged to be on information and belief, and as to those matters petitioner believes them to be true.

Sworn to before me this __31__ day of __July__, 20__20__

_____
Signature of Court Employee and Title, or Notary Public

__Kate Gl___
Signature of Petitioner

CIV-LT-15 (Revised. March, 2000) (3 ply)