CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

| THE PEOPLE OF THE STATE OF NEW YORK | FAMILY OFFENSE DEFENDANT/VICTIM RELATIONSHIP: FORMER GIRLFRIEND |
|---|---|
| -against- | **FELONY** |
| Katherine Klein (F 42), | ADA Ryan Lipes |
| Defendant. | (212) 335-9593 |

Police Officer Angel Gonzalez, Shield #463 of the 6th Precinct, states as follows:

*The defendant is charged with:*

    PL 155.35(1)        Grand Larceny in the Third Degree
                                                (defendant #1: 1 count)

At the times and places described below in the County and State of New York, the defendant stole property and the value of the property exceeded three thousand dollars.

*The factual basis for this charge is as follows:*

I am informed by Informant-1, of an address in New York County known to the District Attorney's Office, that Informant-1 observed on her American Express credit card charges between October 2, 2018 and November 7, 2018 for Hotels.com that were used to book hotel rooms in Manhattan at various hotels totaling $11,719.78. These hotels included the Maritime Hotel in Manhattan and the Marlton Hotel in Manhattan.

I reviewed documents from American Express showing that these charges were used to book hotel rooms under the name "Kate Gladstone." The defendant stated in substance to me that Gladstone is her maiden name.

Informant-1 stated to me that she was formerly in a relationship with the defendant, but that Informant-1 did not give the defendant any permission or authority to use this credit card number to make any purchases.

**False statements made in this written instrument are punishable as a class A misdemeanor pursuant to section 210.45 of the Penal Law, and as other crimes.**

_____       11/14/18     0003
Police Officer Angel Gonzalez                    Date       Time