```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/20/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

HEIDI RUSSELL, ET AL,

                Plaintiffs,

        -v-

KATHERINE KLEIN, ET AL,

                Defendants.

------------------------------------------------------------------X

20-cv-6503 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

      As discussed at the hearing held today, Defendant Marks shall file papers responsive to Plaintiffs' TRO application no later than 1:00 p.m. tomorrow. Defendant Klein is invited to do so by the same deadline.

      The parties shall appear for a continued TRO hearing at 4:00 p.m. tomorrow. They are directed to call (888) 251-2909 and use access code 2123101.

      SO ORDERED.

Dated: August 20, 2020
       New York, New York

                                              LEWIS J. LIMAN
                                          United States District Judge